# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| ELIEZER SOTO<br><br>*Plaintiff*<br><br>v.<br><br>MIAMI NEUROLOGICAL INSTITUTE, LLC<br><br>*Defendant* | CASE NO: 1:13-cv-23337-KMW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, ELIEZER SOTO, by and through his undersigned counsel, hereby dismisses

this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 11, 2013                           Respectfully submitted,


By: s/ Jonathan Pollard

Jonathan E. Pollard
Florida Bar No. 83613
Jonathan Pollard, LLC
401 E. Las Olas Blvd. #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731
jpollard@pollardllc.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed on

October 11, 2013 and a copy of the foregoing was emailed to Miami Neurological Institute, LLC

at Jramirez@advancedneurospine.com on October 11, 2013.

By: <u>s/ *Jonathan Pollard*____</u>